IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01082-AP

WILLIAM G. GARTZKE,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO  80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:**  June 7, 2006

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  June 12, 2006

    **C.**    **Date Answer and Administrative Record Were Filed**:  August 10, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**    October 4, 2006

    **B.**    **Defendant's Response Brief Due:**   November 3, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  November 20, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     **A.**     **Plaintiff's Statement:**  Plaintiff does not request oral argument.

     **B.**     **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.**     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.**     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 28th day of August, 2006.

                                      BY THE COURT:

                                       <u>s/John L. Kane</u>
                                      SENIOR U.S. DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| s/ Ann J. Atkinson | TROY A. EID |
| Ann J. Atkinson | UNITED STATES ATTORNEY |
| Attorney at Law | |
| 7960 S. Ireland Way | s/Kurt J. Bohn |
| Aurora, CO  80016-1904 | KURT J. BOHN |
| (303) 680-1881 | |
| AtkinsonAJ@aol.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)